FILED
CLERK, U.S. DISTRICT COURT
11/17/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:22-cr-00544-JPR |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1701: Obstruction of Mails] |
| AMOHD MIGUEL, | **[CLASS B MISDEMEANOR]** |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1701]

On or about July 21, 2021, in Los Angeles County, within the Central District of California, defendant AMOHD MIGUEL knowingly and willfully obstructed and retarded the passage of mail, in that defendant MIGUEL obtained and used three Target gift cards belonging to R.A. that were contained in the United States mail and were

///

///

removed from the United States mail without it being delivered to R.A.

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Chief, General Crimes Section

KYLE W. KAHAN
Special Assistant United States Attorney
General Crimes Section